| | |
|---|---|
| 1 | DANIEL P. DEAN (State Bar No. 161028) |
| 2 | ddean@fe-law.com |
|   | FOTOUHI EPPS HILLGER GILROY LLP |
| 3 | 160 Pine Street, Suite 710 |
| 4 | San Francisco, California 94111 |
|   | Telephone: (415) 362-9300 |
| 5 | Fax: (415) 358-5521 |
| 6 | Attorneys for Plaintiff |
| 7 | JOHN RICCHIO |
| 8 | JOHN P. LeCRONE (State Bar No. 115875) |
|   | johnlecrone@dwt.com |
| 9 | ADAM R. GARDNER (State Bar No. 236696) |
|   | adamgardner@dwt.com |
| 10 | DAVIS WRIGHT TREMAINE LLP |
| 11 | 865 S. Figueroa Street, Suite 2400 |
|    | Los Angeles, California 90017-2566 |
| 12 | Telephone: (213) 633-6800 |
| 13 | Fax: (213) 633-6899 |
| 14 | Attorneys for Defendants |
|    | SUR LA TABLE, INC., JACK SCHWEFEL and |
| 15 | JEFF GOTTLIEB |

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| JOHN RICCHIO, | ) | Case No. CV09-00838 PSG (AGRx) |
| Plaintiff, | ) | |
| vs. | ) | **STIPULATION OF DISMISSAL AS TO DEFENDANTS JACK SCHWEFEL AND JEFF GOTTLIEB** |
| SUR LA TABLE, JACK SCHWEFEL, JEFF GOTTLIEB and DOES 1-30, inclusive, | ) | [F.R.Civ.P. 41] |
| Defendants. | ) | |

1  IT IS HEREBY STIPULATED AND AGREED by and between plaintiff John Ricchio ("Plaintiff"), on the one hand, and defendants Sur La Table, Inc. (incorrectly sued as Sur La Table), Jack Schwefel ("Schwefel") and Jeff Gottlieb ("Gottlieb"), on the other hand, through their respective undersigned counsel, that Schwefel and Gottlieb shall be dismissed from the above-captioned action with prejudice pursuant to F.R.Civ.P. 41(a). All parties to bear their own attorneys' fees and costs as they relate to Schwefel and Gottlieb up to the date of this dismissal.

DATED: February 5, 2009

FOTOUHI EPPS HILLGER GILROY LLP
DANIEL P. DEAN

By: _____
    Daniel P. Dean

Attorneys for Plaintiff
JOHN RICCHIO

DATED: February 9, 2009

DAVIS WRIGHT TREMAINE LLP
JOHN P. LECRONE
ADAM R. GARDNER

By: _____
    Adam R. Gardner

Attorneys for Defendants
SUR LA TABLE, INC., JACK SCHWEFEL and JEFF GOTTLIEB

STIPULATION OF DISMISSAL
DWT 12426196v1 0068638-000006

1

DAVIS WRIGHT TREMAINE LLP
865 S. FIGUEROA ST. SUITE 2400
LOS ANGELES, CALIFORNIA 90017-2566
(213) 633-6800
Fax: (213) 633-6899

<u>PROOF OF SERVICE BY MAIL</u>

1  
2    I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action. My business address is Davis Wright Tremaine LLP, Suite 2400, 865 South Figueroa Street, Los Angeles, California 90017-2566.

    On February 9, 2009, I served the foregoing document(s) described as: **STIPULATION OF DISMISSAL AS TO DEFENDANTS JACK SCHWEFEL AND JEFF GOTTLIEB** by placing a **true copy** of said document(s) enclosed in a sealed envelope(s) for each addressee named below, with the name and address of the person served shown on the envelope as follows:

DANIEL P. DEAN  
FOTOUHI EPPS HILLGER GILROY LLP  
160 Pine Street, Suite 710  
San Francisco, California 94111  
***To Facsimile No : (415) 358-5521***

    I placed such envelope(s) with postage thereon fully prepaid for deposit in the United States Mail in accordance with the office practice of Davis Wright Tremaine LLP, for collecting and processing correspondence for mailing with the United States Postal Service. I am familiar with the office practice of Davis Wright Tremaine LLP, for collecting and processing correspondence for mailing with the United States Postal Service, which practice is that when correspondence is deposited with the Davis Wright Tremaine LLP, personnel responsible for delivering correspondence to the United States Postal Service, such correspondence is delivered to the United States Postal Service that same day in the ordinary course of business.

    Executed on February 9, 2009, at Los Angeles, California.

☐    State    I declare under penalty of perjury, under the laws of the State of California, that the foregoing is true and correct.

☑    Federal    I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Miriam Cardona  
Print Name                                   Signature

i

STIPULATION OF DISMISSAL  
DWT 12426196v1 0068638-000006

DAVIS WRIGHT TREMAINE LLP  
865 S. FIGUEROA ST, SUITE 2400  
LOS ANGELES, CALIFORNIA 90017-2566  
(213) 633-6800  
Fax: (213) 633-6899