E-FILED 2/11/09

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN RICCHIO,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>SUR LA TABLE, JACK SCHWEFEL,<br>JEFF GOTTLIEB and DOES 1-30,<br>inclusive,<br><br>　　　　　Defendants. | ) Case No. CV09-00838 PSG (AGRx)<br>)<br>) **[PROPOSED] ORDER DISMISSING**<br>) **DEFENDANTS JACK SCHWEFEL**<br>) **AND JEFF GOTTLIEB**<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |



1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**DAVIS WRIGHT TREMAINE** LLP
865 S. FIGUEROA ST, SUITE 2400
LOS ANGELES, CALIFORNIA 90017-2566
(213) 633-6800
Fax: (213) 633-6899

1        In consideration of the parties' Stipulation of Dismissal as to Defendants Jack

2   Schwefel and Jeff Gottlieb, and for good cause shown, IT IS HEREBY ORDERED

3   that: (1) defendants Jack Schwefel ("Schwefel") and Jeff Gottlieb ("Gottlieb") are

4   dismissed from the above-captioned action with prejudice pursuant to F.R.Civ.P.

5   41(a) and (2) all parties are to bear their own attorneys' fees and costs as they relate

6   to Schwefel and Gottlieb up to the date of this dismissal.

7        IT IS SO ORDERED.

8

9   Dated: 02/10/09                      PHILIP S. GUTIERREZ

10                                  Hon. Philip S. Gutierrez

11                             United States District Judge

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

[PROPOSED] ORDER DISMISSING INDIVIDUAL DEFENDANTS
DWT 12435901v1 0068638-000006

DAVIS WRIGHT TREMAINE LLP
865 S. FIGUEROA ST, SUITE 2400
LOS ANGELES, CALIFORNIA 90017-2566
(213) 633-6800
Fax: (213) 633-6899

<u>PROOF OF SERVICE BY MAIL</u>

I am employed in the County of Los Angeles, State of California.  I am over the age of 18 and not a party to the within action.  My business address is Davis Wright Tremaine LLP, Suite 2400, 865 South Figueroa Street, Los Angeles, California 90017-2566.

On February 11, 2009, I served the foregoing document(s) described as: **[PROPOSED] ORDER DISMISSING DEFENDANTS JACK SCHWEFEL AND JEFF GOTTLIEB** by placing a **true copy** of said document(s) enclosed in a sealed envelope(s) for each addressee named below, with the name and address of the person served shown on the envelope as follows:

DANIEL P. DEAN
FOTOUHI EPPS HILLGER GILROY LLP
160 Pine Street, Suite 710
San Francisco, California 94111

I placed such envelope(s) with postage thereon fully prepaid for deposit in the United States Mail in accordance with the office practice of Davis Wright Tremaine LLP, for collecting and processing correspondence for mailing with the United States Postal Service.  I am familiar with the office practice of Davis Wright Tremaine LLP, for collecting and processing correspondence for mailing with the United States Postal Service, which practice is that when correspondence is deposited with the Davis Wright Tremaine LLP, personnel responsible for delivering correspondence to the United States Postal Service, such correspondence is delivered to the United States Postal Service that same day in the ordinary course of business.

Executed on February 11, 2009, at Los Angeles, California.

☐   State       I declare under penalty of perjury, under the laws of the State of California, that the foregoing is true and correct.

☑   Federal     I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

| Miriam Cardona | |
|---|---|
| Print Name | Signature |

[PROPOSED] ORDER DISMISSING INDIVIDUAL DEFENDANTS
DWT 12435901v1 0068638-000006

**DAVIS WRIGHT TREMAINE** LLP
865 S. FIGUEROA ST, SUITE 2400
LOS ANGELES, CALIFORNIA 90017-2566
(213) 633-6800
Fax: (213) 633-6899