JOHN P. LeCRONE (State Bar No. 115875)
  johnlecrone@dwt.com
ADAM R. GARDNER (State Bar No. 236696)
  adamagardner@dwt.com
DAVIS WRIGHT TREMAINE LLP
865 S. Figueroa Street, Suite 2400
Los Angeles, California  90017-2566
Telephone: (213) 633-6800
Fax: (213) 633-6899

Attorneys for Defendant
SUR LA TABLE, INC.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN RICCHIO,<br><br>                    Plaintiff(s),<br><br>          vs.<br><br>SUR LA TABLE, JACK SCHWEFEL,<br>JEFF GOTTLIEB and DOES 1-30,<br>inclusive,<br><br>                    Defendant(s). | Case No. CV09-00838 PSG (AGRx)<br><br>**DECLARATION OF MARY JENSEN IN SUPPORT OF DEFENDANT SUR LA TABLE, INC.'S RESPONSE TO ORDER TO SHOW CAUSE RE REMAND**<br><br>Date:      March 16, 2009<br>Crtrm:  790<br><br>Assigned to the Hon. Philip S. Gutierrez<br>Courtroom 790<br><br>Action Filed:  December 16, 2008 |

# DECLARATION OF MARY JENSEN

I, Mary Jensen, declare and state as follows:

1.      I am over 18 years of age.  I have personal knowledge of the facts set forth in this Declaration.  If called to testify as a witness, I could and would competently testify to the facts set forth below.  I make this declaration in support of Defendant Sur La Table, Inc.'s ("Sur La Table") response to the Order to Show Cause re Remand.

2.      I am employed with Sur La Table as Vice President of Human Resources, a position I have held since January 2007.  As Vice President of Human Resources, I have oversight responsibility for Sur La Table's employment, personnel and payroll practices and policies.  I also am fully familiar with Sur La Table's operations, including its retail stores, executive offices, sales, and administrative functions.

3.      I have reviewed the employment and payroll records of Plaintiff John Ricchio ("Plaintiff") kept in Sur La Table's ordinary course of business.  Plaintiff's last day of employment with Defendant was July 23, 2008.  As of his last day of employment, Plaintiff was a salaried employee who was paid $135,000 annually, in bimonthly installments.

4.      Attached hereto as **Exhibit A** is a true and correct copy of a settlement demand letter dated August 12, 2008 that I received from Plaintiff's attorney of record in this action, Daniel Dean, within a few days following August 12, 2008.  I was copied on the settlement demand letter, evident by the last page of Exhibit A.

5.      Sur La Table is a specialty culinary retailer that sells cookware and numerous other kitchen products to the general public by and through its retail stores located throughout the United States, mail-order catalogue, and the world wide web.

6.      Sur La Table was founded in 1972 in Seattle, Washington with the opening of a retail store in Seattle's Pike Place Market.  Sur La Table is

1

incorporated under the laws of the State of Washington and has maintained its corporate headquarters there for the past 37 years.  Sur La Table has been a fixture in the State of Washington since 1972 and is well-known and highly visible in Seattle and the State of Washington.

7.   Sur La Table currently has 74 retail stores nationwide, located across 27 different states and Washington, D.C.

8.   All of Sur La Table's management-level executives are headquartered and employed in the State of Washington, including its Chief Executive Officer, Chief Financial Officer, Executive Vice President of Merchandising, Vice President of Merchandising, Vice President of Retail Operations, Vice President of Supply Chain, Vice President of Human Resources, Vice President of Marketing, Vice President of Creative Services and Vice President of Information Technology.  All operational decisions, including issues related to Sur La Table's finances, legal issues, marketing strategies, store openings, real estate locations, etc. are made there.

9.   In addition, all of Sur La Table's human resources, finance, marketing and accounting staff are located in the State of Washington.

10.  Supervision of all of Sur La Table's business operations is done from its headquarters in the State of Washington.

11.  Sur La Table's sales derive from numerous sources, but predominantly from its retail stores (including its culinary program), its mail-order catalogue and website.  Sur La Table's mail-order catalogue and its website are developed, designed, maintained and updated in the State of Washington.  Sur La Table's mail-order catalogue is printed and distributed from the State of Pennsylvania.

12.  I am informed and believe that in 2008 Sur La Table generated gross sales of approximately $164.7 million.  Sales from Sur La Table's retail stores constituted approximately 90% of its gross sales of this total.  Approximately 36% of those sales were generated in the State of California.

13.     Sales from Sur La Table's mail-order catalogue and website constituted approximately 10% its gross sales in 2008.  Sales from the mail-order catalogue and website are monitored from the State of Washington, but orders are processed and filled from the State of Indiana.  Monies from sales generated via Sur La Table's mail-order catalogue and its website are collected in the State of Washington.  Customers from all fifty states in the United States, Washington, D.C., and from around the world, made purchases from Sur La Table's mail-order catalogue and website in 2008.

14.     Sur La Table's marketing efforts have, and are intended to have, national and global reach.  Sur La Table disseminates print and electronic advertisements to customers and prospective customers in all fifty states in the United States, Washington, D.C. and around the world.

15.     Sur La Table's customer call center, which takes orders and inquiries from Sur La Table's mail-order catalogue and website, is located in the State of Indiana.

16.     Sur La Table purchases merchandise from vendors around the world, which is in turn sold to customers.  The decisions regarding the volume of purchases, products to purchase and which vendors from which to purchase are made in the State of Washington.

17.     Sur La Table's purchased goods are inventoried at its 74 retail stores and in the State of Indiana, where Sur La Table's distribution center is located.

18.     Sur La Table currently employs a total of approximately 2,137 employees, across 27 states and Washington, D.C., of which 668 are located in California.  The State of Washington employs 196 of Sur La Table's employees.  The State of Indiana employs 152 of Sur La Table's employees and up to 300 during peak season (between September and December).  Washington, D.C. employs 14 of Sur La Table's employees.  No state employs more than approximately 32% of Sur La Table's employees.

3

19.     District managers for Sur La Table's retail stores are trained, on an ongoing basis, in the State of Washington.

20.     Sur La Table does not own real estate in any state.  It leases property in 27 states and Washington, D.C.  Sur La Table has a distribution center in the State of Indiana, which is 198,000 square feet.  Sur La Table has a Seattle Design Center, which is 27,988 square feet.  These two facilities are the largest pieces of property that Sur La Table leases.

21.     Sur La Table's largest retail store is in Pasadena, California, which is 10,100 square feet.  Sur La Table's second largest retail store is in SoHo, New York, which is 10,000 square feet.  Sur La Table's third largest retail store is in Dallas, Texas, which is 8,979 square feet.  Sur La Table's fourth largest retail store is in the River Oaks Shopping Center in Houston, Texas; this store is 8,125 square feet.

///

///

///

///

///

///

///

///

///

///

///

///

///

///

///

4

1      22.    Sur La Table has a strong charitable presence in the State of

2 Washington and the State of Indiana.  In each state, Sur La Table annually

3 organizes a volunteer food packing and food drive in conjunction with Feed

4 America, formerly known as America's Second Harvest.  Sur La Table's monetary

5 donations to Feed America are made from its headquarters in the State of

6 Washington.

7      I declare under penalty of perjury under the laws of the State of California

8 and the United States of America that the foregoing is true and correct, and that this

9 Declaration was executed on this _16_ day of March, 2009, in Seattle, Washington.

Mary Jensen

---

DECLARATION OF MARY JENSEN
DWT 12550826v1 0068638-000006