JOHN P. LeCRONE (State Bar No. 115875)
 johnlecrone@dwt.com
ADAM R. GARDNER (State Bar No. 236696)
 adamagardner@dwt.com
DAVIS WRIGHT TREMAINE LLP
865 S. Figueroa Street, Suite 2400
Los Angeles, California  90017-2566
Telephone: (213) 633-6800
Fax: (213) 633-6899

Attorneys for Defendant
SUR LA TABLE, INC.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN RICCHIO,<br><br>              Plaintiff(s),<br><br>      vs.<br><br>SUR LA TABLE, JACK SCHWEFEL, JEFF GOTTLIEB and DOES 1-30, inclusive,<br><br>              Defendant(s). | Case No. CV09-00838 PSG (AGRx)<br><br>**DEFENDANT SUR LA TABLE, INC.'S REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF ITS RESPONSE TO ORDER TO SHOW CAUSE RE REMAND**<br><br>Date:   March 16, 2009<br>Crtrm: 790<br><br>Assigned to the Hon. Philip S. Gutierrez<br>Courtroom 790<br><br>Action Filed:  December 16, 2008 |

REQUEST FOR JUDICIAL NOTICE
DWT 12588518v1 0068638-000006

Defendant Sur La Table, Inc. ("Defendant"), by and through its attorneys, requests the Court to take judicial notice pursuant to Federal Rule of Evidence 201 of the following documents and information:

1. The Complaint in this matter dated December 16, 2008, originally filed in the Los Angeles Superior Court, Northeast District, Case No. GC042008, a true and correct copy of which is attached to the Notice of Removal of Action Under 28 U.S.C. § 1441 (Doc. No. 1) as Exhibit A. For the Court's convenience, a true and correct copy of the Complaint in this matter is attached hereto as "Complaint."

2. The State of California's estimated population in 2007 was 36,553,215 according to the U.S. Census Bureau, State & County QuickFacts, at http://quickfacts.census.gov/qfd/states/06000.html, as of March 16, 2009. For the Court's convenience, a true and correct copy of a printout of this Internet page is attached hereto as Exhibit B.

3. The State of Washington's estimated population in 2007 was 6,468,424 according to the U.S. Census Bureau, State & County QuickFacts, at http://quickfacts.census.gov/qfd/states/53000.html, as of March 16, 2009. For the Court's convenience, a true and correct copy of a printout of this Internet page is attached hereto as Exhibit C.

4. The State of Indiana's estimated population in 2007 was 6,345,289 according to the U.S. Census Bureau, State & County QuickFacts, at http://quickfacts.census.gov/qfd/states/18000.html, as of March 16, 2009. For the Court's convenience, a true and correct copy of a printout of this Internet page is attached hereto as Exhibit D.

5. Washington, D.C.'s estimated population in 2007 was 588,292 according to the U.S. Census Bureau, State & County QuickFacts, at http://quickfacts.census.gov/qfd/states/11000.html, as of March 16, 2009. For the Court's convenience, a true and correct copy of a printout of this Internet page is attached hereto as Exhibit E.

1  Pursuant to Federal Rule of Evidence 201, a court may take judicial notice of
2  matters of its own court records. *See In re Wet Seal, Inc. Secs. Litig.*, 518 F. Supp.
3  2d 1148, 1159 (C.D. Cal. 2007); *In re Copper Mountain. Secs. Litig.*, 311 F. Supp.
4  2d 857, 864 (N.D. Cal. 2004); *Reyn's Pasta Bella, LLC v. Visa USA, Inc.*, 442 F.3d
5  741, 746 n.6 (9th Cir. 2006).

6  In addition, pursuant to Federal Rule of Evidence 201(b), the above
7  information regarding state population is capable of judicial notice because it is the
8  type of information "not subject to reasonable dispute in that it is . . . capable of
9  accurate and ready determination by resort to sources whose accuracy cannot
10 reasonably questioned." *See also Albino v. Standard Ins. Co.*, 349 F. Supp. 2d
11 1334, 1338 n.2 (C.D. Cal. 2004)

13 DATED: March 16, 2009           DAVIS WRIGHT TREMAINE LLP
                                    JOHN P. LeCRONE
14                                  ADAM R. GARDNER

16                                  By:   /s/Adam R. Gardner
17                                          Adam R. Gardner

18                                  Attorneys for Defendant
19                                  SUR LA TABLE, INC.

2