

**UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION**
312 North Spring Street, Room G-8
Los Angeles, CA 90012
Tel: (213) 894-3535

**SOUTHERN DIVISION**
411 West Fourth Street, Suite 1053
Santa Ana, CA 92701-4516
(714) 338-4750

**EASTERN DIVISION**
3470 Twelfth Street, Room 134
Riverside, CA 92501
(951) 328-4450

**TERRY NAFISI**
District Court Executive and
Clerk of Court

Date: March 25, 2009

Los Angeles County Superior Court
Northeast District Court
300 East Walnut Street
Pasadena, CA 91101

Re:  Case Number: CV 09-838 PSG (AGRx)

Previously Superior Court Case No. GC042008

Case Name: John Ricchio -vs- Sur La Table, et. al.,

Dear Sir / Madam:
  Pursuant to this Court's ORDER OF REMAND issued on March 24, 2009, the above-referenced case is hereby remanded to your jurisdiction.

Attached is a certified copy of the ORDER OF REMAND and a copy of the docket sheet from this Court.

Please acknowledge receipt of the above by signing the enclosed copy of this letter and returning it to our office. Thank you for your cooperation.

Respectfully,

Clerk, U.S. District Court

By: Irene Ramirez
Deputy Clerk   213-894-2877

☒ Western   ☐ Eastern   ☐ Southern Division

cc: *Counsel of record*

---

Receipt is acknowledged of the documents described herein.

Clerk, Superior Court

By: ANNIE McGUIRE
Deputy Clerk

Date: 4-1-09

CV-103 (09/08)   LETTER OF TRANSMITTAL - REMAND TO SUPERIOR COURT (CIVIL)